ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALBERT EVANS CURLIN, ID # 623999, § | |
| § | |
| Petitioner, § | |
| § | |
| vs. § | Civil Action No. 3:04-CV-0841-L |
| § | |
| DOUGLAS DRETKE, Director § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Divisions, § | |
| § | |
| Respondent. § | |

## ORDER

Petitioner Ivory Williams ("Petitioner") has filed an application for the writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings, conclusions and recommendation. On August 26, 2005, the Findings, Conclusions and Recommendation of the United States Magistrate Judge were filed. No objections were filed.

The magistrate judge recommended that Petitioner's application be dismissed as time-barred under the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), Pub. L. 104-132, 110 Stat. 1214 (1996), codified at 28 U.S.C. § 2254(d), and for failure to state a cognizable claim for habeas relief under 28 U.S.C. § 2254. Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that they are correct. Accordingly, the magistrate's findings and conclusions are accepted as those of the court.

Petitioner's application is **denied**, and this action is **dismissed with prejudice** as time-barred and for failure to state a cognizable claim for habeas relief. A final judgment dismissing this case with prejudice will issue by separate document.

**It is so ordered** this 23nd day of September, 2005.

Sam A. Lindsay
United States District Judge

**Order – Page 2**